UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

COURTNEY RHEM,

    Plaintiff,

v.

SAFEWAY INC., a Delaware Corporation,

    Defendant.

No. 3:13−cv−05545−BHS

**ORDER ON DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE FIRST APPEARANCE**

This matter comes before the Court on Defendant Safeway Inc.'s motion for extension of time to file first appearance from July 10, 2013 to July 15, 2013. The Court, having reviewed the Motion and file and being fully advised in the matter,

IT IS HEREBY ORDERED that Defendant Safeway's Unopposed Motion for Extension of Time to File First Appearance by July 15, 2013 is **GRANTED**.

Dated this 11th day of July, 2013.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

BULLARD LAW

By _____
Lisa C. Brown, OSB No. 794709 (pro hac vice)
Jennifer N. Warberg, WSBA No. 41706
Curtis A. Welch, WSBA No. 23770
Attorneys for Defendant

ORDER - 1